IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

**CRIMINAL CASE NO. 1:10cr33**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| ARI DEMARIS WILLIAMS. ) | |

**THIS MATTER** is before the Court on the Government's Motion to Dismiss without Prejudice [Doc. 18].

The Defendant does not oppose the dismissal. The motion will therefore be granted.

**IT IS, THEREFORE, ORDERED** that the Government's Motion to Dismiss without Prejudice [Doc. 18] is hereby **GRANTED** and the bill of indictment in this matter is hereby **DISMISSED** without prejudice.

Signed: October 21, 2010

Martin Reidinger
United States District Judge